UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOXUN LIU,<br><br>                    Plaintiff,<br><br>     -against-<br><br>HEALTHFIRST, INC.,<br><br>                    Defendant. | 24 **CIVIL** 6125 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Court's Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 20, 2024
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge